AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Lucy Singleton,
    *Plaintiff(s),*

v.    Civil Action No. 3:15-4999-JFA

Pilgrims's Pride Corporation,
    *Defendant(s).*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   IT IS ORDERED AND ADJUDGED that the plaintiff Lucy Singleton shall take nothing from defendant and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding adopting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States District Magistrate Judge which recommends defendant's summary judgment be granted.

Date:  *July 11, 2017*                 *Robin L. Blume, Clerk of Court*

                                                          _____s/Mary L. Floyd_____

                                                           *Signature of Clerk or Deputy Clerk*